UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
MAYERLINE SANDERS,  :  15-cv-07401 (RJS) (FM)
:
            Plaintiff,  :  **ECF CASE**
:
  -against-  :  **NOTICE OF APPEARANCE**
:
PMI GLOBAL SERVICES, INC. ("PMI") AND  :
STEVEN B. RISSMAN,  :
:
            Defendants.  :
:
------------------------------------- X

To the Clerk of this Court and all parties of record:

    Enter the appearance of Elise M. Bloom, Esq. of Proskauer Rose LLP as counsel of record in this case for Defendants PMI Global Services, Inc. and Steven B. Rissman. Entry of this appearance shall in no way be deemed a waiver of any and all defenses, including but not limited to any and all jurisdictional defenses, available to Defendants.

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
        October 12, 2015

                                          Respectfully submitted,

                                           /s/ *Elise M. Bloom*
                                         Elise M. Bloom
                                         PROSKAUER ROSE LLP
                                         Eleven Time Square
                                         New York, New York 10036
                                         Telephone: 212.969.3000
                                         Facsimile: 212.969.2900
                                         ebloom@proskauer.com
                                         *Attorneys for Defendants,*
                                         *PMI Global Services, Inc. and Steven B. Rissman*